JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIAH JENNINGS,<br><br>            Plaintiff,<br><br>   v.<br><br>TEMECULA VALLEY UNIFIED<br>SCHOOL DISTRICT, DOES 1-5,<br><br>            Defendants. | Case No. EDCV 12-00180 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  November 9, 2012

                        VIRGINIA A. PHILLIPS
              United States District Judge